UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 21-229 (JRT/KMM) |
| | ) | |
| v.          Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION TO** |
| JOHN SCOTT ENDERLEIN, | ) | **SUPPRESS STATEMENTS,** |
| | ) | **ADMISSIONS, AND ANSWERS** |
| Defendant. | ) | |

The defendant, John Enderlein, through his undersigned attorney, moves the Court for an order suppressing all statements, admissions and answers made by the defendant at the time of the execution of a search warrant at his residence on March 4, 2021, and any statements made at the time of, or subsequent to, his arrest on October 28, 2021. As grounds for said motion, defendant maintains that any statements were involuntary and not preceded by a Miranda warning.   However, it appears that Mr. Enderlein did not make any incriminating statements during either event and, if verified by the government that they do not have statements they intend to use against him in a subsequent trial, this motion is moot. Otherwise, a hearing on the admissibility of any statement that the government intends to use is requested, and the officers involved are requested to testify at the hearing. That testimony, if any, should not take more than 30 minutes.

Dated: November 24, 2021									Respectfully submitted,

											*s/ Douglas Olson*

											_____
											DOUGLAS OLSON
											Attorney ID No. 169067
											Attorney for Defendant
											107 U.S. Courthouse
											300 South Fourth Street
											Minneapolis, MN 55415