# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN SCOTT ENDERLEIN,<br><br>　　　　　Defendant. | Criminal No. 21-229 (JRT/BRT)<br><br>**ORDER** |

Evan Gilead, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Douglas Olson, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South 4th Street, Suite 107, Minneapolis, MN 55415, for defendant.

United States Magistrate Judge Becky R. Thorson filed a Report and Recommendation on March 30, 2022. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (ECF No. 22) is **DENIED**.

Date: June 13, 2022
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court